In the Matter of MARY PETERSON, a Child under Sixteen Years of Age. EVERETT PETERSON, Appellant; AMY PETERSON, Respondent.— Order affirming order of

the Children's Court, Rockland county, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.